■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARTHUR L. BOWEN, Appellant. [712 NYS2d 404] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Greenberg, J.), rendered July 7, 1997, convicting him

of murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contentions are without merit. O'Brien, J. P., Thompson, Altman and Friedmann, JJ., concur.